SCPW-17-0000907

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS GRANDINETTI, Petitioner,

vs.

DEPARTMENT OF PUBLIC SAFETY ET AL., Respondents.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the document submitted by petitioner Francis Grandinetti entitled, "On Motion: Private Wardens' Contracting for Hilo, HI," which was filed on December 21, 2017, and which we review as a petition for writ of habeas corpus, the documents attached thereto and submitted in support thereof, and the record, it is unclear what specific relief petitioner is seeking from this court; nevertheless, petitioner presents no special reason for invoking the supreme court's original jurisdiction and fails to demonstrate that he has a clear an indisputable right to relief from this court at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for

invoking its jurisdiction"). Therefore,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for writ of habeas corpus is denied.

DATED: Honolulu, Hawai'i, January 9, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

